**FILED**
May 23, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:07CR00429 WBS-01 |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| GEORGE HAMILTON BAILES, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  GEORGE HAMILTON BAILES , Case No. 2:07CR00429 WBS-01 , Charge  18USC § 1343; 1341 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_   Release on Personal Recognizance

\_\_   Bail Posted in the Sum of $_____

\_\_   Unsecured Appearance Bond

\_\_   Appearance Bond with 10% Deposit

\_\_   Appearance Bond with Surety

\_\_   Corporate Surety Bail Bond

✔   (Other)   Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 23, 2008  at  2:00 pm  .

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court