```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
GEORGE HAMILTON BAILES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-0429 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | VACATING DATE, CONTINUING CASE |
| ) | AND EXCLUDING TIME |
| GEORGE HAMILTON BAILES, ) | |
| ) | |
| Defendant. ) | Date:  June 16, 2008 |
| ) | Time:  8:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kenneth J. Melikian, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for June 16, 2008, be vacated and the case continued until August 11, 2008, at 8:30 a.m. for further status conference. This continuance is needed in order to permit counsel to review discovery once received and to commence investigation and consideration of motions and other elements of defense preparation.

   IT IS FURTHER STIPULATED that time for trial under the Speedy

1  Trial Act be excluded from the filing of this stipulation until August
2  11,2008, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code
3  T-4, defense preparation.
4      **IT IS SO STIPULATED.**

6  Dated: June 13, 2008            /S/ Kenneth J. Melikian
7                                              KENNETH J. MELIKIAN
                                            Assistant U.S. Attorney
8                                              Counsel for Plaintiff

9  Dated: June 13, 2008            /S/ Jeffrey L. Staniels
                                            JEFFREY L. STANIELS
10                                             Assistant Federal Defender
                                            Attorney for Defendant
11                                             GEORGE HAMILTON BAILES

13
14                                 **O R D E R**
15      **IT IS SO ORDERED.**
16                  By the Court,

18  Dated:   June 13, 2008

19                    _____
20                    WILLIAM B. SHUBB
                  UNITED STATES DISTRICT JUDGE