McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   CR. NO. S-07-429 WBS
                                 )
                Plaintiff,       )
                                 )   STIPULATION; ORDER
        v.                       )
                                 )
GEORGE HAMILTON BAILES,          )
                                 )
                                 )
                Defendants.      )
_____)

    Defendant George Hamilton Bailes, through Jeffrey L. Staniels, Assistant Federal Defender, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for August 11, 2008.  The parties further stipulate that the status conference be placed on the court's September 29, 2008, calendar.

    The United States is awaiting some discovery which is to be provided by the case agent.  Immediately upon its receipt, the government will provide said discovery to defense counsel. Defense counsel will need a significant amount of time to examine this discovery, and to conduct any appropriate investigations.
///

1

1    Accordingly, both parties request that the status conference
2 in these cases be continued to September 29, 2008 at 8:30 a.m.
3 Both parties  agree that time should be excluded through
4 September 29, 2008, from computation under the Speedy Trial Act
5 pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in
6 order to afford the defendant reasonable time to prepare his
7 case.

DATED: August 7, 2008                Respectfully submitted,

                                     McGREGOR W. SCOTT
                                     United States Attorney


                                By:/s/ Kenneth J. Melikian
                                    KENNETH J. MELIKIAN
                                    Assistant U.S. Attorney


DATED: August 7, 2008                /s/ Kenneth J. Melikian
                                     JEFFREY L. STANIELS
                                     Attorney for Defendant
                                     (Signed by Kenneth J. Melikian per
                                     authorization by Jeffrey L.
                                     Staniels)


    IT IS SO ORDERED.


DATED: August 8, 2008

                                     _____
                                     WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE

2