1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  GEORGE HAMILTON BAILES

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    ) No. 2:07-cr-0429 WBS
                                )
14            Plaintiff,        )
                                ) STIPULATION AND [PROPOSED] ORDER
15      v.                      ) VACATING DATE, CONTINUING CASE
                                ) AND EXCLUDING TIME
16 GEORGE HAMILTON BAILES,      )
                                )
17            Defendant.        ) Date:  September 29, 2008
                                ) Time:  8:30 a.m.
18 _____ ) Judge: Hon. William B. Shubb

19

20     **IT IS HEREBY STIPULATED** by and between Assistant United States

21 Attorney Kenneth J. Melikian, Counsel for Plaintiff, and Assistant

22 Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the

23 status conference scheduled for September 29, 2008, be vacated and the

24 case continued until October 27, 2008, at 8:30 a.m. for further status

25 conference. This continuance is needed in order to permit counsel to

26 review discovery and to commence further investigation and

27 consideration of motions and other elements of defense preparation.

28      IT IS FURTHER STIPULATED that time for trial under the Speedy

1  Trial Act be excluded from the filing of this stipulation until October
2  27, 2008 pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code
3  T-4, defense preparation.
4  **IT IS SO STIPULATED.**
5  Dated: September 26, 2008            /S/ Kenneth J. Melikian
                                        KENNETH J. MELIKIAN
6                                       Assistant U.S. Attorney
                                        Counsel for Plaintiff
7
8  Dated: September 26, 2008            /S/ Jeffrey L. Staniels
                                        JEFFREY L. STANIELS
9                                       Assistant Federal Defender
                                        Attorney for Defendant
10                                      GEORGE HAMILTON BAILES

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:   September 26, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE