1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6

   Attorney for Defendant
7  GEORGE HAMILTON BAILES

8

9                  IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )  No. 2:07-cr-0429 WBS
                                   )
14                  Plaintiff,     )
                                   )  STIPULATION AND [~~PROPOSED~~] ORDER
15        v.                       )  VACATING DATE, CONTINUING CASE
                                   )  AND EXCLUDING TIME
16  GEORGE HAMILTON BAILES,        )
                                   )
17                  Defendant.     )  Date:  October 27, 2008
                                   )  Time:  8:30 a.m.
18  _____)  Judge: Hon. William B. Shubb

19

20      **IT IS HEREBY STIPULATED** by and between Assistant United States

21  Attorney Kenneth J. Melikian, Counsel for Plaintiff, and Assistant

22  Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the

23  status conference scheduled for October 27, 2008, be vacated and the

24  case continued until November 24, 2008, at 8:30 a.m. for further status

25  conference. This continuance is needed in order to permit counsel to

26  review additional discovery which government counsel has advised will

27  be forthcoming, and to commence further investigation and consideration

28  of motions and other elements of defense preparation.

1     IT IS FURTHER STIPULATED that time for trial under the Speedy

2  Trial Act be excluded from the filing of this stipulation until

3  November 24, 2008 pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv),

4  Local Code T-4, defense preparation.

5       **IT IS SO STIPULATED.**

6  Dated: October 22, 2008        /S/ Kenneth J. Melikian
                                  KENNETH J. MELIKIAN
7                                 Assistant U.S. Attorney
                                  Counsel for Plaintiff
8

9  Dated: October 22, 2008        /S/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
10                                Assistant Federal Defender
                                  Attorney for Defendant
11                                GEORGE HAMILTON BAILES

12

13
                              **O R D E R**
14
        **IT IS SO ORDERED.**
15
                    By the Court,
16

17
Dated:  October 24, 2008
18

19                                                              _____
     WILLIAM B. SHUBB
20   UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28