1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
GEORGE HAMILTON BAILES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-cr-0429 WBS |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER VACATING DATE, CONTINUING CASE AND EXCLUDING TIME |
| GEORGE HAMILTON BAILES, | |
| Defendant. | Date: November 24, 2008<br>Time: 8:30 a.m.<br>Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kenneth J. Melikian, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for November 24, 2008, be vacated and the case continued until January 12, 2009, at 8:30 a.m. for further status conference.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the fact of the case.

1  A signed Waiver of Presence is on file with the Federal Defender's
2 office.

3    IT IS FURTHER STIPULATED that time for trial under the Speedy
4 Trial Act be excluded from the filing of this stipulation until January
5 12, 2009 pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code
6 T-4, defense preparation.

7 **IT IS SO STIPULATED.**

8 Dated: November 21, 2008    /s/ Jeffrey L. Staniels for
  KENNETH J. MELIKIAN
9   Assistant U.S. Attorney
  Counsel for Plaintiff
10

11 Dated: November 21, 2008    /s/ Jeffrey L. Staniels
  JEFFREY L. STANIELS
12   Assistant Federal Defender
  Attorney for Defendant
13   GEORGE HAMILTON BAILES

14

15
                 **O R D E R**
16
**IT IS SO ORDERED.**
17
       By the Court,
18

19
Dated:  November 24, 2008
20

21         _____
  WILLIAM B. SHUBB
22   UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28