```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  GEORGE HAMILTON BAILES

 8

 9                    IN THE UNITED STATES DISTRICT COURT

10                   FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )  No. 2:07-cr-00429-WBS
                                   )
14                  Plaintiff,     )
                                   )  STIPULATION AND ORDER VACATING
15       v.                        )  DATE, CONTINUING CASE AND
                                   )  EXCLUDING TIME
16  GEORGE HAMILTON BAILES,        )
                                   )
17                  Defendant.     )  Date:  February 23, 2009
                                   )  Time:  8:30 a.m.
18  _____)  Judge: Hon. William B. Shubb

19
```

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kenneth J. Melikian, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for February 23, 2009, be vacated and the case continued until March 23, 2009, at 8:30 a.m. for further status conference.

The reason for this continuance is to allow counsel to confer about a proposed resolution recently identified to Mr. Melikian, and for related consultation with Mr. Bailes.  A signed Waiver of Presence

1 is on file with the Federal Defender's office.

2     IT IS FURTHER STIPULATED that time for trial under the Speedy
3 Trial Act be excluded from the filing of this stipulation until March
4 23, 2009 pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code
5 T-4, defense preparation.

6 **IT IS SO STIPULATED.**

8 Dated: February 20, 2009          /s/ Jeffrey L. Staniels for
                                    KENNETH J. MELIKIAN
9                                   Assistant U.S. Attorney
                                    Counsel for Plaintiff

11 Dated: February 20, 2009          /s/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
12                                  Assistant Federal Defender
                                    Attorney for Defendant
13                                  GEORGE HAMILTON BAILES

**O R D E R**

**IT IS SO ORDERED.**

            By the Court,

Dated:  February 20, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE