1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
3 | Designated Counsel for Service
801 I Street, 3rd Floor
4 | Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GEORGE HAMILTON BAILES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-cr-0429 WBS |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) VACATING DATE, CONTINUING CASE |
| | ) AND EXCLUDING TIME |
| GEORGE HAMILTON BAILES, | ) |
| Defendant. | ) Date: March 23, 2009 |
| | ) Time: 8:30 a.m. |
| _____ | ) Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kenneth J. Melikian, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for March 23, 2009, be vacated and the case continued until April 13, 2009, at 8:30 a.m. for further status conference.

The reason for this continuance is to allow counsel to confer about a proposed resolution recently identified to Mr. Melikian, and for related consultation with Mr. Bailes. A signed Waiver of Presence

is on file with the Federal Defender's office.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until April 13, 2009 pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code T-4, defense preparation.

**IT IS SO STIPULATED.**

Dated: March 20, 2009  /s/ Jeffrey L. Staniels for
KENNETH J. MELIKIAN
Assistant U.S. Attorney
Counsel for Plaintiff

Dated: March 20, 2009  /s/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
GEORGE HAMILTON BAILES

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  March 20, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE