```
1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5

6
    Attorney for Defendant
7   GEORGE HAMILTON BAILES

8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-cr-0429 WBS |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER VACATING |
| v. | ) DATE, CONTINUING CASE AND |
| | ) EXCLUDING TIME |
| GEORGE HAMILTON BAILES, | ) |
| | ) |
| Defendant. | ) Date: April 13, 2009 |
| | ) Time: 8:30 a.m. |
| _____ | ) Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kenneth J. Melikian, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for April 13, 2009, be vacated and the case continued until April 27, 2009, at 8:30 a.m. for further status conference.

The reason for this continuance is to allow counsel to receive a plea agreement reflecting terms discussed between counsel, and for related consultation with Mr. Bailes. A signed Waiver of Presence is

on file with the Federal Defender's office.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until April 27, 2009 pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code T-4, defense preparation.

**IT IS SO STIPULATED.**

Dated: April 9, 2009  /s/ Jeffrey L. Staniels for
KENNETH J. MELIKIAN
Assistant U.S. Attorney
Counsel for Plaintiff

Dated: April 9, 2009  /s/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
GEORGE HAMILTON BAILES

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: April 10, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE