```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
GEORGE HAMILTON BAILES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:07-cr-0429 WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) VACATING DATE, CONTINUING CASE |
| | ) AND EXCLUDING TIME |
| GEORGE HAMILTON BAILES, | ) |
| Defendant. | ) Date: September 28, 2009 |
| | ) Time: 8:30 a.m. |
| _____ | ) Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kenneth J. Melikian, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the date for sentencing scheduled for September 28, 2009, be vacated and the case continued until November 23, 2009, at 8:30 a.m. for further status conference.

The reason for this continuance is to allow counsel to consult with Mr. Bailes concerning objections to the recommended amount of restitution.  Discussions had started on this matter, but were

inadvertently side-tracked. At present the presentence report reflects claims for consequential damages and for an episode in which Mr. Bailes did not cause any loss.

**IT IS SO STIPULATED.**

Dated: September 24, 2009        /s/ Michael Beckwith
MICHAEL BECKWITH
Assistant U.S. Attorney
Counsel for Plaintiff

Dated: September 24, 2009        /s/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
GEORGE HAMILTON BAILES

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: September 27, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE