```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  GEORGE HAMILTON BAILES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-cr-0429 WBS |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) VACATING DATE AND CONTINUING CASE |
| | ) |
| GEORGE HAMILTON BAILES, | ) |
| | ) Date: November 23, 2009 |
| Defendant. | ) Time: 8:30 a.m. |
| | ) Judge: Hon. William B. Shubb |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kenneth J. Melikian, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the date for sentencing scheduled for November 23, 2009, be vacated and the case continued until January 11, 2010, at 8:30 a.m. for further status conference.

The reason for this continuance is due to the fact that Mr. Bailes is scheduled to undergo surgery for an extremely painful and debilitating brain condition, and in order to completion of work

1  relating to objections to the recommended amount of restitution which
2  include, at present, claims for consequential damages and for an
3  episode in which Mr. Bailes did not cause any loss.
4  **IT IS SO STIPULATED.**

6  Dated: November 18, 2009         /s/ Michael Beckwith
                                    MICHAEL BECKWITH
7                                   Assistant U.S. Attorney
                                    Counsel for Plaintiff

9  Dated: November 18, 2009         /s/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
10                                  Assistant Federal Defender
                                    Attorney for Defendant
11                                  GEORGE HAMILTON BAILES

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  November 18, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE