```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  GEORGE HAMILTON BAILES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-0429 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | VACATING DATE AND CONTINUING CASE |
| | ) | |
| GEORGE HAMILTON BAILES, | ) | |
| | ) | Date:  January 11, 2010 |
| Defendant. | ) | Time:  8:30 a.m. |
| | ) | Judge: Hon. William B. Shubb |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between First Assistant United States Attorney Carolyn K. Delaney, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the date for sentencing scheduled for January 11, 2010, be vacated and the case continued until March 8, 2010, at 8:30 a.m. for further status conference.

The reason for this continuance is that Mr. Bailes is recuperating from brain surgery and in order to completion of work relating to objections to the recommended amount of restitution which include, at

present, claims for consequential damages and for an episode in which Mr. Bailes did not cause any loss.

**IT IS SO STIPULATED.**

Dated: January 8, 2010          /s/ Carolyn K. Delaney
                                CAROLYN K. DELANEY
                                First Assistant U.S. Attorney
                                Counsel for Plaintiff

Dated: January 8, 2010          /s/ Jeffrey L. Staniels
                                JEFFREY L. STANIELS
                                Assistant Federal Defender
                                Attorney for Defendant
                                GEORGE HAMILTON BAILES


**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: January 8, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE