1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
GEORGE HAMILTON BAILES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-cr-0429 WBS |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) VACATING DATE AND CONTINUING CASE |
| | ) |
| GEORGE HAMILTON BAILES, | ) |
| | ) Date: March 8, 2010 |
| Defendant. | ) Time: 8:30 a.m. |
| | ) Judge: Hon. William B. Shubb |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between First Assistant United States Attorney Carolyn K. Delaney, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the date for sentencing scheduled for March 8, 2010, be vacated and the case continued until April 12, 2010, at 8:30 a.m. for further status conference.

The reason for this continuance is because Mr. Bailes is still recuperating from brain surgery and in order to permit completion of work and discussion between counsel relating to objections to the

recommended amount of restitution which include, at present, claims for consequential damages and for an episode in which the defense asserts Mr. Bailes did not cause any loss.

**IT IS SO STIPULATED.**

Dated: March 4, 2010        /s/ Carolyn K. Delaney
                            CAROLYN K. DELANEY
                            First Assistant U.S. Attorney
                            Counsel for Plaintiff

Dated: March 4, 2010        /s/ Jeffrey L. Staniels
                            JEFFREY L. STANIELS
                            Assistant Federal Defender
                            Attorney for Defendant
                            GEORGE HAMILTON BAILES

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  March 4, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE