```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
```

Attorney for Defendant
GEORGE HAMILTON BAILES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-0429 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | VACATING DATE AND CONTINUING CASE |
| ) | |
| GEORGE HAMILTON BAILES, ) | |
| ) | Date:  April 12, 2010 |
| Defendant. ) | Time:  8:30 a.m. |
| ) | Judge: Hon. William B. Shubb |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between First Assistant United States Attorney Carolyn K. Delaney, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the date for sentencing scheduled for April 12, 2010, be vacated and the case continued until May 17, 2010, at 8:30 a.m. for further status conference.

The reason for this continuance is to permit completion of work and discussion between counsel relating to objections to the recommended amount of restitution which includes, at present, claims

for consequential damages and for an episode in which the defense asserts Mr. Bailes did not cause any loss.  Although counsel have attempted to meet and confer on these issues resolution has not yet been achieved.

**IT IS SO STIPULATED.**

Dated: April 9, 2010        /s/ Carolyn K. Delaney
                            CAROLYN K. DELANEY
                            First Assistant U.S. Attorney
                            Counsel for Plaintiff

Dated: April 9, 2010        /s/ Jeffrey L. Staniels
                            JEFFREY L. STANIELS
                            Assistant Federal Defender
                            Attorney for Defendant
                            GEORGE HAMILTON BAILES

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  April 9, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE