1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6

   Attorney for Defendant
7  GEORGE HAMILTON BAILES

8

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,     ) No. 2:07-cr-0429 WBS
                                  )
14              Plaintiff,        )
                                  ) STIPULATION AND [PROPOSED] ORDER
15       v.                       ) MODIFYING PRESENTENCE REPORT WITH
                                  ) REGARD TO RESTITUTION
16  GEORGE HAMILTON BAILES,       )
                                  )
17              Defendant.        ) Date:  MAY 17, 2010
                                  ) Time:  8:30 a.m.
18  _____ ) Judge: Hon. William B. Shubb

19

20       **IT IS HEREBY STIPULATED** by and between First Assistant United

21  States Attorney Carolyn K. Delaney, Counsel for Plaintiff, and

22  Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant,

23  that the recommendation of the Presentence Report concerning

24  restitition (see ¶¶ 21-24; 59; and 70) should be modified to eliminate

25  provision for consequential expenses which may not be included in

26  restitution orders.  *United States v. Sablan*, 92 F.3d 865 (9th Cir.

27  1996); *United States v. Stoddard,* 150 F.3d 1140 (9th Cir. 1998).  The

28  parties agree that the appropriate figure for restitution - that is,

1  the losses "directly resulting from the defendant's criminal conduct",

2  *Sablan, supra.*, 92 F.3d at 870, are set forth in paragraphs 10,11,13,

3  and 16, totaling $56, 000, as set forth in paragraph 17.

4     **IT IS SO STIPULATED.**

5

6  Dated: May 14, 2010           /s/ Carolyn K. Delaney
                                      CAROLYN K. DELANEY

7                                        First Assistant U.S. Attorney
                                      Counsel for Plaintiff

8

9  Dated: May 14, 2010           /s/ Jeffrey L. Staniels
                                      JEFFREY L. STANIELS

10                                       Assistant Federal Defender
                                      Attorney for Defendant

11                                       GEORGE HAMILTON BAILES

12

13

14                              **O R D E R**

15    **IT IS SO ORDERED.**

16                 By the Court,

17

18 Dated:  May 17, 2010

19                         WILLIAM B. SHUBB

20                         UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28